UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WAYNE BRUCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. GUERRA, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-01625-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 10) |

Brian Bruce is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 15, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "all claims and defendants be dismissed, except for Plaintiff's Fourteenth Amendment due process claim against defendants Guerra, Snow, Edwards, and Valenzuela." Doc. No. 10 at 2.

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 15, 2020 (Doc. No. 10), are ADOPTED in full;
2. All claims and defendants are DISMISSED, except for Plaintiff's Fourteenth Amendment due process claim against Defendants Guerra, Snow, Edwards, and Valenzuela; and
3. The Clerk of Court is directed to reflect the dismissal of Defendants J. Evans and California Department of Corrections & Rehabilitation on the Court's docket.

IT IS SO ORDERED.

Dated:   January 25, 2021                                 _____
                                                         SENIOR DISTRICT JUDGE