# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WAYNE BRUCE,<br><br>      **Plaintiff,**<br><br>      v.<br><br>J. GUERRA, et al.,<br><br>      **Defendants.** | CASE NO. 1:20-cv-01625-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK TO CLOSE CASE**<br><br>(Doc. No. 26) |

Plaintiff Brian Wayne Bruce is a prisoner (or former prisoner) proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 3, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case," and that "[t]he Clerk of Court be directed to close this case." Doc. No. 26 at 3. Plaintiff was provided an opportunity to file objections to the findings and recommendations. Id. The deadline to file objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

---

[1] The copy of the findings and recommendations that was mailed to Plaintiff was returned as undeliverable because Plaintiff failed to update his address as required by this Court's Local Rules.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 26) that were issued on December 3, 2021, are ADOPTED in full;
2. This case is DISMISSED, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   January 10, 2022

SENIOR  DISTRICT  JUDGE